MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendant Aosom, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP ALEXANDER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>AOSOM, LLC., Foreign Limited-Liability Company; WALMART INC., a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01715-GMN-BNW<br><br>**[PROPOSED] JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Plaintiff, PHILIP ALEXANDER and Defendants AOSOM, LLC and WALMART INC, by and through their undersigned counsel hereby submit the Proposed Stipulated Discovery Plan and Scheduling Order pursuant to Local Rule 26-1(a). The scheduling order is in compliance with Local Rule 26-1(a).

This action was initiated in the Eighth Judicial District Court, County of Clark on September 2, 2022. Defendant Walmart filed an Answer to the Complaint on September 30, 2022. AOSOM, LLC filed Petition for Removal from the State Court on October 11, 2022 and an Answer on October 18, 2022. Pursuant to Fed. R. Civ. P. 26(f) and LR26-1(a), on October 31, 2022, counsel for the parties met and conferred regarding the Discovery deadlines in the above-captioned matter. John Shook of the Law Offices of Shook and Stone, appeared on behalf of the Plaintiff, Philip Alexander; Nathan Reinmiller of Hall, Prangle and Schoonveld LLC appeared on behalf of the Defendant AOSOM, LLC and Madison Aguirre of Alverson Taylor

appeared on behalf of Walmart, Inc.. During the conference, counsel for the parties discussed and agreed upon the following:

**PROPOSED SCHEDULE**

1. Discovery shall be completed on or before March 29, 2023 (180 days from the date of Defendant Walmart's answer);

2. Motions to amend, or to add parties, shall be filed and served on or before December 29, 2022;

3. Expert disclosures pursuant to Fed. R. civ. P. 26(a)(2) shall be made on or before January 28. 2023;

4. Rebuttal expert disclosures shall be made on or before February 27, 2023;

5. Dispositive motions shall be filed and served on or before April 28, 2023;

6. The Joint Pre-trial Order shall be filed on or before May 28, 2023. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order shall be suspended until 30 days after the decision on the dispositive motions or further Order of the Court (LR26-1(b)(5));

7. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order; and

8. Any request to extend the dates set forth in this Discovery Plan and Scheduling Order shall be submitted to the Court not later than 21 days before the expiration of the subject deadline sought to be extended.

**INITIAL DISCLOSURES AND DISCOVERY**

The parties anticipate having their initial disclosures delivered to each other within fourteen days of the conference, or November 14, 2022. The Parties anticipate conducting written discovery and depositions on all issues allowed under the Federal Rules of Civil Procedure. (Fed. R. Civ. P. 29(f)(3)(B)). There are currently no issues which parties are aware of regarding discovery of electronically stored information or claims of privilege/protection of trial preparation materials. (Fed. R. Civ. P. 26(f)(3)(C). There are currently no issues which the parties are aware of regarding claims of privilege, but the parties anticipate that, to the extent

HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

that disclosure of certain sales, marketing, and financial information is necessary during the course of discovery, the parties will be discussing and submitting a proposed stipulated protective order requiring that such information that is disclosed during discovery be kept confidential pursuant to the discovery rules. (Fed. R. Civ. P. 26(f)(3)(D)). The parties also anticipate the need to establish protocols concerning any destructive testing of the equipment that may be necessary.

DATED this 7th day of November, 2022.

| SHOOK & STONE, CHTD. | ALVERSON TAYLOR & SANDERS |
|---|---|
| */s/ John Shook* | */s/ Madison Aguirre* |
| John B. Shook, Esq. | Kurt R. Bonds, Esq. |
| Lynn R. Shoen, Esq. | Patrice Stephenson-Johnson, Esq. |
| 710 South 4th Street | Madison Aguirre, Esq. |
| Las Vegas, Nevada 89101 | 6605 Grand Montecito Parkway, Ste. 200 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89149 |
|  | *Attorney for Defendant Walmart* |

HALL PRANGLE & SCHOONVELD, LLC

*/s/ Nathan Reinmiller*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Defendant AOSOM, LLC*

## **ORDER**

IT IS ORDERED that ECF No. 9 is GRANTED.

IT IS FURTHER ORDERED that the parties must file a supplement to their discovery plan and scheduling order by 11/11/2022 in compliance with LR 26-1(b)(7)-(9).

**IT IS SO ORDERED**
**DATED:** 4:44 pm, November 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**